■ JEFFREY CONSTANTINE, M.D., Respondent, v STELLA MARIS INSURANCE COMPANY, LTD., Appellant, and MARY SERIO et al., as Parents and Natural Guardians of NICOLE SERIO, a Minor, Respondents, et al., Defendants. [953 NYS2d 179]——Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Lindley, JJ.

■ In the Matter of MAURICE REEVES, Appellant, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [953 NYS2d 180]——Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN KELLY, Appellant. [953 NYS2d 180]—Motion for reargument and reconsideration denied. Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT WILLIAMS, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [953 NYS2d 179]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD BROWN, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [951 NYS2d 434]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Supreme Court, Wyoming County, Mark H. Add, J.—Habeas Corpus). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

**140** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL IANNETTONI, Appellant. [951 NYS2d 434]—Motion to dismiss granted. Memorandum: Appeal dismissed and the matter is remitted to Onondaga County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Masterson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD A. JOHNS, Appellant. [951 NYS2d 433]—Motion to dismiss granted. Memorandum: Appeal dismissed and the matter is remitted to Oneida County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.